**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 98-2851**

ELIZABETH FREEDMAN,

                    Plaintiff - Appellant,

    versus

DONNA E. SHALALA, Secretary, Health & Human
Services,

                    Defendant - Appellee,

    and

FOOD & DRUG ADMINISTRATION; DAVE PETAK, Direc-
tor, Division of Accounting, Office of Finan-
cial Management; DON R. PETERSON, Director,
Office of Financial Management,

                    Defendants.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Peter J. Messitte, District Judge. (CA-
96-3935-PJM)

Submitted: May 25, 1999          Decided: May 28, 1999

Before ERVIN, WILKINS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Elizabeth Freedman, Appellant Pro Se.  Perry F. Sekus, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Elizabeth Freedman appeals the district court's order granting summary judgment to the Defendant in her employment discrimination action.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See <u>Freedman v. Shalala</u>, No. CA-96-3935-PJM (D. Md. Oct. 29, 1998).[*]  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

_____

[*] Although the district court's order is marked as "filed" on October 27, 1998, the district court's records show that it was entered on the docket sheet on October 29, 1998.  Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision.  See <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2